Law Office of James Kousouros
80-02 Kew Gardens Road
Suite 1030
Kew Gardens, New York 11415
(718) 575-5450

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
UNITED STATES OF AMERICA,

                Plaintiff,        **Notice of Appearance**

- against -

                                   Criminal No. S2-07-CR-756 (RJS)

DEONDRAY KING
aka "Deandre King"
aka "Andre King"
aka "Champion"
aka "Champ",
                Defendant.
_____X

    **PLEASE TAKE NOTICE** that the undersigned hereby appears for **DEONDRAY KING**, the defendant herein, for all purposes and proceedings and that all correspondence, litigation and other matters should be sent to the address set forth above.

Dated:    Kew Gardens, New York
            May 23, 2008

                                            **Law Offices of James Kousouros**

                                  By:    /s/
                                        JAMES KOUSOUROS, ESQ.