

# JAMES KOUSOUROS
### Attorney at Law

80-02 Kew Gardens Road, Suite 1030, Kew Gardens, New York 11415
718-575-5450, 4131 · 718-793-0165 fax
Email: JK5665@aol.com

July 2, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/3/08
```

VIA FACSIMILE: (212) 805-7946
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    **United States of America v Deondray King, et al.**
            **S2-07 Cr. 756 (RJS)**

Dear Judge Sullivan:

    We are in receipt of the Court's Order adjourning the trial of the above captioned matter to July 21, 2008. This letter is to respectfully request that the parties be permitted to submit the submissions detailed in the Court's Order on July 7, 2008.

    I have consulted with the government and the government has no objection to the instant request.

    Thank you for your courtesy and consideration.

Very Truly Yours,

JAMES KOUSOUROS

cc:    Rua M. Kelly
        Assistant United States Attorney

Request granted.

SO ORDERED
Date: 7/2/08
RICHARD J. SULLIVAN
U.S.D.J.