UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA                :
                                            PRIOR FELONY
          - v. -                        :   INFORMATION

DEONDRAY KING,                          :   S2 07 Cr. 756 (RJS)
     a/k/a "Deandre King,"
     a/k/a "Andre King,"                :
     a/k/a "Champion,"
     a/k/a "Champ,"                     :

               Defendant.               :
- - - - - - - - - - - - - - - - - -X

     The United States Attorney charges:

     On or about June 20, 1997, in the United States District Court in the Eastern District of Pennsylvania, DEONDRAY KING, a/k/a "Deandre King," a/k/a "Andre King," a/k/a "Champion," a/k/a "Champ," the defendant, was convicted of conspiracy to distribute cocaine and to possess cocaine with the intent to distribute, in violation of Title 21, United States Code, Section 841(a)(1) and Section 856, for which he received a sentence of 120 months' imprisonment, to be followed by a term of five years' supervised release.

     Accordingly, DEONDRAY KING, a/k/a "Deandre King," a/k/a "Andre King," a/k/a "Champion," a/k/a "Champ," the defendant, is subject to the enhanced penalties of Title 21, United States Code, Sections 841(b)(1)(A) and 841(b)(1)(B).

     (Title 21, United States Code, Section 851.)

Dated:    New York, New York
          July 7, 2008

                                        _____
                                        MICHAEL J. GARCIA
                                        United States Attorney

0293                         - 1 -