UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    against

DEONDRAY KING,

              Defendant.

No. 07 Cr. 756 (RJS)
ORDER

---

RICHARD J. SULLIVAN, District Judge:

    At the conference on July 10, 2008, the Court adopted the following schedule:

        The final pre-trial conference in this matter shall be held on Thursday, July 17, 2008, at noon.

SO ORDERED.

Dated:    July 11, 2008
              New York, New York

                                        _____
                                        RICHARD J. SULLIVAN
                                        UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/08