```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,

        -against-                        Crim. No. 1:07-CR-756 (RJS)

DEONDRAY KING, et al.,

        Defendant.
----------------------------------------X

## ORDER TO PERMIT DEFENDANT DEONDRAY KING CLOTHING FOR TRIAL

IT IS HEREBY ORDERED, directing the Warden of the Metropolitan Correctional Center to allow defendant Deondray King the following clothing items, to wit, 2 suits, 2 shirts, 1 tie, 1 pair of shoes, 1 belt, 2 white undershirts, 2 pairs of socks for the purposes of dressing for the trial schedule to commence with jury selection on July 21, 2008.

Dated:    New York, New York
            July 17, 2008               SO ORDERED:

                                                _____
                                                Honorable Richard J. Sullivan
                                                United States District Judge