UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/08

UNITED STATES OF AMERICA,

-against-                                         Crim. No. 1:07-CR-756 (RJS)

DEONDRAY KING, et al.,

                    Defendant.
_____X

ORDER PERMITTING DEFENSE COUNSEL CELL PHONES AND LAPTOP
COMPUTERS IN THE COURTHOUSE FOR TRIAL

IT IS HEREBY ORDERED, that Mr. James Kousouros be permitted to bring his cell phone and laptop computer into the courthouse during the pendency of the trial scheduled to commence with jury selection on July 21, 2008, and expected to conclude by July 28, 2008.

Dated:   New York, New York
         July 17, 2008

                                                  SO ORDERED:

                                                  _____
                                                  Honorable Richard J. Sullivan
                                                  United States District Judge